# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

2017 JUL 18 A 11:49

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1:17-CV-478-WKW-WC

NOTICE TO FILING PARTY

Inmate Identification Number: 297280

Gordon Cole Sr.

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

VS.

Andy Gunter - Detective

Leslie Hussey - Detective

Chief Of Police - Head Of Operations

Judge Shannon R. Clark - Individual Capasity

(Enter above full name(s) of the defendant(s)
in this action)

I.   **Previous lawsuits**

A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ✓ )        No ( )

B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):   Gordon Cole Sr.

Defendant(s):   Judge Shannon R. Clark - Individual Capasity

Jared McPhaul - Probation Officer - Individual Capasity
James "M" Mickey Counts - Circuit Clerk - Individual Capasity

2. Court (If Federal Court, name the district; if State Court, name the county)

Do Not Remember Either Above - Middle District/Souther

3. Docket number  Do Not Remember

4. Name of judge to whom case was assigned    Do Not Remember

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)  Part dismissed  Part - still pending against

circuit Clerk Mickey Counts.

6. Approximate date of filing lawsuit  Do Not Remember

7. Approximate date of disposition  Do Not Remember

II. Place of present confinement    Coffee County Jail 4 County Complex

A. Is there a prisoner grievance procedure in this institution?
   Yes  ( ✓ )          No  (    )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes  (    )          No  ( ✓ )

C. If your answer is YES:

   1. What steps did you take?  _____

   2. What was the result?  _____

D. If your answer is NO, explain why not?  This is not a institution
   violation, this is an social issue concerning The Elba
   Police Dept. and it's maliciousness. of alleged so-called
   victims who were the aggressers. And the court Judge and
   it's proceedings of prejudice and biasness towards plaintiff. And
   the illegal sentence of 15 years to serve.

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s) _Gordon Cole Sr._
Coffee County Jail 4 County Complex New Brocton, AL. 36351

~~(struck through text)~~

Address _1040 Sunset Blvd. Elba, AL. 36323_


In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant _Andy Gunter - Detective_

is employed as _Police Detective_

at _Elba Police Dept. Elba, AL. 36323_

C.   Additional Defendants _Lessie Hussey - Detective_

_Chief Of Police - Head Of Operations_

_Judge Shannon R. Clark - Individual Capasity_


IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I had a criminal case in October 18, 2011 for the offense of attempted murder x2. I was arrested at my residence 212 Moore Ave. Elba, AL. 36323. I was arrested infront of my two older children. Gordon Cole Jr. and Savannah S.P. Cole. I was

3

transported to the Elba Police Dept. at which time I had notified the arresting
officer Mr. and the Chief of Police at that time. That I had been
robbed, assaulted and beat up by Natalie Nicky Terry/Boswell, Calvin Flowers,
Jenny Caldwell aka "Jenny Baby" and another unknown male. Which put
myself in a Self Defense. "Stand Your Ground". situation to save my life.
The Elba Police Dept. officials ignored my complaint, and would not let me
file a "Sworn Affadavit" to the facts and issues that happened to me on
Martain Luther King Blvd., at a place called "The Field". I had even asked
the Elba Police Dept. to bring me to the hospital for the wounds to my
head, back and shoulders at the time. My concerns was ignored and I was
transported to the Coffee County Complex in New Brocton, AL. where I
told the medical staff of my injuries and concerns. Which were documen-
ted!! I made bond later that year in December 12, 2011. At which time I
was placed on an Ankle Bracelet Monitor that I had to pay each month $300.
00. When I was disabled american with a monthly check. And had to pay $200.
00 each month to Mr. Ronnie Lundsford - Bonding Company. I was banned
from the town of Elba by Elba Coffee County Judge Shannon R. Clank. For
one full year because the Elba Police Dept. stated that I was a dangerous
man and should not be released back to the town of Elba. Where my mother
Polly B. Caldwell, grandmother Versie Mae Cole, and all my generation family
members reside. Most of their lives, and some all of their lives. One of my
nephews. Adam Graham had an alleged robbery case. At which time Detective
Leslie Hussey made a statement to him about me. He stated "Is Gordon Cole
your uncle, or are you related to him." Adam stated "yes". And Detective
Hussey stated "That Bastard should have gotten life." Slandering my name in a
low demenar to my family members. Detective Hussey also stated to me over
the phone that "when they get through with me that I will be familar with
Alabama Law". Meaning to prosecute me to the fullest intent of the law. Also
my 1997 Jeep Grand Cheerokee was towed by the Elba Police Dept. and
later brought to a garage by Weeks Tires. Which the storage fee was over
$5,000 dollars for me to get back. The Elba Police Dept. had no right to
let or allow my personal vehicle go to any garage to be rambled through.
The vehicle was taken before I was served a warrant for. In violation
of the state law of Alabama. Within the proceess of this case I was
sentenced to a term, of 15 years suspended, and 1 year reversable
split. With 3 years probation. What is disturbing is Judge Shannon R.

Clark and my acting attorney at the time was Gary D. Bradshaw. Had a private hearing on November 12, 2012 without my consent or participation. To the term of the sentence above by double jeapordy, for also allowing a trial on January 03, 2013, For the same offense!! I later violated this probation sentence by catching another offense of Distribution of a Controlled Substance X 2. Which was dropped and lesson to the charge of Possession of a Controlled Substance. In order for the executed 15 years of assault 1, and one year to run concurrently for the charge of Reckless Endangerment. The Lesser Included Offense of Attempted Murder X2. What's more troubling is I was sentence to the term of 15 years. When the new charge was still pending, which should not have been. Until I was sentenced on the new charge itself. What's even more troubling is that when I was sentenced to the executed term of 15 years I was not infront of Judge Clark. I was in another County - Dale County in my jail cell when the judges order was given. Violating my Due Process, and Civil Amendment Rights. Any and all prisoners has the Constitution Right and Liberty to be present in person to either their accusers or sentencing Judges. The only way I found out that the 15 year sentence was executed. Was when my brother Adam Cole came to visit me on a Sunday morning, November 17, 2014. I never got any legal mail from the Coffee County Court or my acting attorney, Mr. Gary D. Bradshaw. The next thing I knew was that I was transported to Kilby Correctional Facility on December 14, 2014. Where then I was transported to my permanent camp Ventress Correctional Facility. Where I stayed until August 18, 2016 when I was granted Adult Parole. In my honest opinion I was sentenced to an illegal sentence by not being present in a court arena or procedure. And this sentence came from the fear of the Elba Police Dept. malipulating the District Attorney's Office and the Coffee County Town of Elba, where I was born. In the year of 2012-13 I had surgery to my head area where I was attacked. And left shoulder behind the same attack at the Enterprise Southern Bone And Joint Clinic. And the head surgery at a clinic behind the Enterprise Hospital directly behind the Enterprice Emergency Room.

2

The second part to this statement of claim is about Detective Andy Gunter. I had petitioned to the District Attorney's Office while I was a state prisoner. Because my brother Adam Cole stole and took my life savings from my checking account and savings account. I persued this claim with the Elba Police Dept., at which time Detective Andy Gunter was the investigating detective. The case was made against my brother Adam and we had our day in court. It was not in my favor cause I gave him permission one time to use my checking debit card to help my mother and children. When the case was over and dismissed Detective Gunter stated to my brother Adam that "he should press charges also on me for giving and making a false report." If debit card fraud is not a case, then why would the Elba Police Dept. take the case that was reported? However I had a parole hearing on April 19, 2017 at which time that early morning. Detective Leslie Hussey met me coming through the Coffee County Jail Library and stated to me with his hand out to shake my hand. "Long time no see Mr. Cole, are you familar with our Alabama Law yet." With a very sarcastic smile and blush upon his face. Which he had no reason to be at my parole hearing because he was not the leading detective on the new offence charge of Domestic Violence 2 I currently have. Detective Andy Gunter is, what Detective Hussey stated was not recorded. But what is recorded at my parole hearing was the people that was participated. Myself, my parole officer Doug Weeks, the investigating parole officer Arthur Acosta and Lead Detective Andy Gunter. And The Alabama Board Of Pardons And Paroles will have this recording if it is needed, which I am sure. During this Parole Hearing, Detective Gunter was first to speak and give his presentation. He submitted the medical pictures of Ms. Deloras Smith from the hospital. Then the statement he cohersed her to file. Then he stated that "Mr. Cole is a dangerous man and he should not be able to be released back to our city Elba." Mr. Arthur Acosta stated "why shouldn't Mr. Cole be released back to the community of Elba." "Does he have a ban in place from the city of Elba?" Detective Gunter stated "No, but we don't want him back in our town because he is a very dangerous man and I personally do not want him let back into Elba." Ms. Deloras Smith, nor my attorney Mr. Gary O. Bradshaw was not at this parole hearing to hear this slander and personal attacks of Detective Gunter. But I was and he was slandering my name in order to get the investigating officer Mr. Arthur Acosta to recommend full violation of the parole conditions I am under. Emediately after Detective Gunter made his statements. My parole officer Mr. Doug Weeks recommended the program Life Tech.

3

Which would give Mr. Cole time to work out his living arrangements when he may be released. Then for insult to injury. Detective Gunter Stated that he took a blood (DNA) at the crime scene. And also testified that Ms. Deloras Smith no longer wishes to pursue charges for the offense. The Elba Police Dept. also attempted to get the victim to appear to the hearing with no success. Who Knows later what was discussed after I was returned back to my holding unit. There was other cases that parole officer Doug Weeks, parole investigating officer Arthur Acosta and Detective Gunter. Had other parollee's who had violated their Conditions of parole, as I had. When the parole hearing was over I looked back at Detective Gunter and his face was the darkest red I have ever seen on a human being. With an angered aggression look towards me, such as he hated me. Mr. Acosta was reasonably satisfied that the testimony is insufficient to support the charge of Domestic Violence 2 to recommend violation to my parole conditions. But was found guilty on non payment of court ordered monies. which I am reasonably satisfied. On the other hand I had thought by the rules of Parole And Pardons that a parollee Should not get locked up without the means to pay on court ordered monies. Let alone awaiting on a Social Security Hearing from Appeal. With proven legal documents, copies given to the parole officer Doug Weeks. Which were not presented at my parole hearing. Proving my inability to pay.

## V.   RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

The relief that I am seeking is for the Elba Police Dept. and all of it's officials to stop harrassing me and slandering my name as an American Citizen. And also to pay me "Monotarry Damages" of the same. For the prejudice and personal attacking of me and other family members. With the last name Cole and Hill. Which impriats and impresses me and my family to be monsters instead of Citizens.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/25/2017___.

Gordon Cole Sr. #297280
Coffee County Jail
~~░░░░░░░░░░░░░░░░░░~~  1040 Sunset Blvd
4 County Complex.
~~░░░░░░░░░~~  Elba, AL. 36323
New Brocton, AL 36351
~~░░░░░░░░░░░░░~~

Gordon Cole Sr. # 297280
**Signature(s)**

4

## V. <u>Relief</u>

For Judge Shannon R. Clark and the Coffee County to pay me monatarry Damages for an illegal sentence of 15 years. Plus the anxiety, depression, and everything that I have lost while serving on the 15 year sentence. Such as Social Security Disability from September 2014 through continuing date and current. The case for appeal is on going until hearing date, 2 Crown Victoria Ford Vehicles, 2000 - $2,500.00 and 2003 - $3,000.00.



UNITED STATES POSTAGE
$ 000.88°
PITNEY BOWES
02 1P
0001869773   JUL 17 2017
FROM ZIP CODE 36351

INMATE MAIL

Middle District of Alabama
United States District Clerk's Office
811 Frank M. Johnson Jr. U.S. Courthouse Complex
One Church St. P.O. Box 711
Montgomery, AL. 36101-0711

Mr. Gordon Cole Sr.
Coffee County Jail
4 County Complex
New Brocton, AL. 36351