IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GORDON COLE, SR., # 297280, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 1:17-CV-478-WKW |
| ANDY GUNTER, *et al.*, | ) | [WO] |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On September 20, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 10th day of October, 2017.

                                               /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE